# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-1152** **September Term, 2026**

**SEC-2025-32**

**Filed On:** September 1, 2026

John Doe,

Petitioner

v.

Securities and Exchange Commission,

Respondent

**BEFORE:** Henderson, Childs and Pan, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the parties show cause, by September 11, 2026, why the opinion in this case, issued under seal on September 1, 2026, should not be unsealed. In the event the parties conclude that any portion of the opinion should remain under seal, the parties are directed to meet and confer and thereafter identify the proposed redactions and provide an explanation for each proposed redaction. The parties are strongly encouraged to submit a joint response. The response(s), which may be filed under seal, if necessary, may not exceed 2,600 words.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk