# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1152** **September Term, 2026**

**SEC-2025-32**

**Filed On:** September 23, 2026

John Doe,

Petitioner

v.

Securities and Exchange Commission,

Respondent

**BEFORE:** Henderson, Childs, and Pan, Circuit Judges

**O R D E R**

Upon consideration of petitioner's motion for a 50-day extension of time to file a petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing en banc is now due no later than December 7, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk